**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **BRENDA MOORE** | * | **CIVIL ACTION NO.   18-0539** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **AMY ELLENDER, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant complaint is hereby **DISMISSED**, with prejudice.

**IT IS FURTHER ORDERED** that, as a sanction for plaintiff's continued filing of frivolous claims, she is hereby barred from proceeding *in forma pauperis* in this court.

**MONROE**, **LOUISIANA**, this 4th day of June, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**